**Luis A. SIMS, Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; J. Joseph
Curran, Jr., Attorney General of the
State of Maryland, Respondents–Ap-
pellees.**

No. 02–6730.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Luis A. Sims, Appellant Pro Se. Ann
Norman Bosse, Office of the Attorney
General of Maryland, Baltimore, Mary-
land, for Appellees.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Luis A. Sims appeals the district court's
order denying relief on his petition filed
under 28 U.S.C.A. § 2254 (West 1994 &

Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Sims v. Conroy*, No. CA–01–3182–WMN (D.Md. Apr. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*